A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on May 04, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Apr 19, 2010

FILED
CLERK'S OFFICE

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-180)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 8,179 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 04, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By _____ D.C.

Case 4:03-cv-01507-WRW   Document 2264   Filed 05/05/10   Page 2 of 4
Case 2:10-cv-00435-JAM-GGH   Document 11   Filed 05/10/10   Page 2 of 4

Page 1 of 3

IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION  MDL No. 1507

### SCHEDULE CTO-180 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 10-435 | Dorothy Ernst v. Wyeth, Inc., et al. |
| CAE | 2 | 10-436 | Carol Verrier v. Wyeth Inc., et al. |
| CAE | 2 | 10-463 | Patricia A. Walker v. Pfizer Inc., et al. |
| **LOUISIANA WESTERN** | | | |
| LAW | 3 | 09-1796 | Exia Jordan v. Wyeth Pharmaceuticals, Inc. |
| LAW | 6 | 10-259 | Diana Aleman, et al. v. Wyeth LLC, et al. |
| **MINNESOTA** | | | |
| MN | 0 | 10-558 | Linda Young v. Wyeth LLC, et al. |
| MN | 0 | 10-698 | Shirley Wiles v. Wyeth, et al. |
| MN | 0 | 10-717 | Alvin Cope, etc. v. Wyeth LLC, et al. |
| MN | 0 | 10-719 | Marsha Ford, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-723 | Linda Ness, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-727 | Teresa Bryant, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-730 | Kathleen A. Grout, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-731 | Esther Rogers, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-732 | Shirley McClinton v. Wyeth LLC, et al. |
| MN | 0 | 10-734 | Judith Rackley, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-735 | Janet Owens v. Wyeth LLC, et al. |
| MN | 0 | 10-870 | Mary J. Williams v. Wyeth LLC, et al. |
| MN | 0 | 10-871 | Martha H. Villasenor v. Wyeth LLC, et al. |
| MN | 0 | 10-872 | Ila Iverson v. Wyeth LLC, et al. |
| MN | 0 | 10-873 | Esther Harbin v. Wyeth LLC, et al. |
| MN | 0 | 10-930 | Lois S. Whitman v. Wyeth LLC, et al. |
| MN | 0 | 10-931 | Larry A. Diffley, etc. v. Wyeth LLC, et al. |
| MN | 0 | 10-1013 | Linda Kay Banks v. Wyeth LLC, et al. |
| MN | 0 | 10-1014 | Bernadine J. Rollo v. Wyeth LLC, et al. |
| MN | 0 | 10-1015 | Linda Vanmeter v. Wyeth LLC, et al. |
| MN | 0 | 10-1016 | Doris J. Philamalee v. Wyeth LLC, et al. |
| MN | 0 | 10-1039 | Linda Moen v. Wyeth LLC, et al. |
| MN | 0 | 10-1040 | Connie O'Brien v. Wyeth LLC, et al. |
| MN | 0 | 10-1041 | Jeanette Lofstrom v. Wyeth LLC, et al. |
| MN | 0 | 10-1057 | Janna Gallery v. Pfizer Inc., et al. |
| MN | 0 | 10-1058 | Patricia Kruger v. Wyeth LLC, et al. |

Case 4:03-cv-01507-WRW   Document 2264   Filed 05/05/10   Page 3 of 4
Case 2:10-cv-00433-JAM-GGH   Document 11   Filed 05/10/10   Page 3 of 4

Page 2 of 3

## MDL No. 1507 - Schedule CTO-180 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 10-1062 | Katherine Kelly v. Wyeth LLC, et al. |
| MN | 0 | 10-1063 | Aldona Laita v. Wyeth LLC, et al. |
| MN | 0 | 10-1064 | Ayala Leyser v. Bristol-Meyers Squibb Co., et al. |
| MN | 0 | 10-1174 | Melva Levick, et al. v. Wyeth, et al. |
| MN | 0 | 10-1176 | Donna Kallicott, et al. v. Wyeth, et al. |
| MN | 0 | 10-1178 | Christine Grandy, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1180 | Arlene Rosenberg, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1189 | Erlene Casteel v. Wyeth LLC, et al. |
| MN | 0 | 10-1193 | Carolyn Steele, et al. v. Wyeth, et al. |

**MISSOURI EASTERN**

| MOE | 4 | 10-290 | Norma Wood v. Wyeth Inc., et al. |
|---|---|---|---|

**MISSOURI WESTERN**

| MOW | 2 | 10-307 | Jo Marie Simmons, et al. v. Wyeth, Inc., et al. |
|---|---|---|---|
| MOW | 2 | 10-310 | Elizabeth Ann Zeller, et al. v. Wyeth LLC, et al. |
| MOW | 2 | 10-4069 | Don Allen, et al. v. Wyeth, et al. |
| MOW | 4 | 10-300 | Catherine Della Royeton v. Wyeth, Inc., et al. |
| MOW | 4 | 10-306 | Rosemary A. Shook v. Wyeth, Inc., et al. |
| MOW | 4 | 10-308 | Lena M. Stinson, et al. v. Wyeth LLC, et al. |
| MOW | 6 | 10-309 | Wanda Louise Young, et al. v. Wyeth Inc., et al. |
| MOW | 6 | 10-312 | Carol Louise Kent, et al. v. Wyeth LLC, et al. |
| MOW | 6 | 10-313 | Georgene Faye Verlin, et al. v. Wyeth LLC, et al. |

**MISSISSIPPI SOUTHERN**

| MSS | 2 | 10-17 | Judy Faye Brown Hinton, et al. v. Wyeth, et al. |
|---|---|---|---|
| MSS | 2 | 10-56 | Marcia Brock, et al. v. Wyeth, Inc., et al. |
| MSS | 3 | 10-159 | Ida Spivak, et al. v. Wyeth Inc., et al. |
| MSS | 4 | 10-43 | Joan Stringer, et al. v. Wyeth, Inc., et al. |

**NEW MEXICO**

| NM | 1 | 10-301 | Patricia Logan v. Wyeth LLC, et al. |
|---|---|---|---|

**SOUTH CAROLINA**

| SC | 8 | 10-813 | Mary C. Avant v. Wyeth LLC, et al. |
|---|---|---|---|

**TEXAS SOUTHERN**

| TXS | 4 | 10-327 | Frances Garcia, et al. v. Wyeth LLC, et al. |
|---|---|---|---|

Case 4:03-cv-01507-WRW   Document 2264   Filed 05/05/10   Page 4 of 4
Case 2:10-cv-00435-JAM-GGH   Document 11   Filed 05/10/10   Page 4 of 4

Page 3 of 3

**MDL No. 1507 - Schedule CTO-180 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 10-335 | Mona Meighan v. Wyeth |
| **WISCONSIN EASTERN** | | | |
| WIE | 2 | 10-282 | Dennis Zeman, etc. v. Wyeth LLC, et al. |
| WIE | 2 | 10-283 | Diane Smits v. Wyeth LLC, et al. |
| **WISCONSIN WESTERN** | | | |
| WIW | 3 | 10-178 | Margaret Falde v. Wyeth LLC, et al. |
| WIW | 3 | 10-179 | Adele McDougall v. Wyeth LLC, et al. |